# **<u>EXHIBIT A</u>**



| | Return Mail Processing |
|---|---|
| **DoIT** | PO Box 589 |
| Illinois Department of Innovation & Technology | Claysburg, PA 16625-0589 |

June 28, 2023



J6281-L01-0230700 T00613 P013 ********SCH 5-DIGIT 62801
JONATHAN SMITH

RE: **Important Security Notification - Please read this entire letter.**

Dear Jonathan Smith:

We are contacting you regarding a global data security incident that occurred on May 31, 2023. For the security of your personal information, we encourage you to take precautionary measures, as outlined below.

**What Happened:**

The breach involved foreign cybercriminals and impacted thousands of businesses, organizations and government agencies worldwide. It occurred through a vulnerability in a software product provided by MOVEit, a third-party file transfer company. The cybercriminals exploited the vulnerability and stole files that contained your personally identifiable information, PII (information that may include your name, address, and Social Security Number). The cyberattack affected the State of Illinois' Department of Innovation and Technology (DoIT), which is the information technology agency for many state agencies.

DoIT quickly responded and shutdown the attack, secured the servers that were compromised, and immediately implemented steps to protect against future attacks. DoIT is working in cooperation with law enforcement authorities on this matter. At this time, there is no indication any compromised information has been used fraudulently, but it is believed your personal information is compromised because of the attack.

In this letter, you will find additional information about credit monitoring that will be provided by the state, as well as contact information for a call center to address any questions you might have. However, the most important steps to take immediately are those outlined below, describing how you can best protect your information today.

**What Steps You Should Take to Protect Your Information:**

Given the type of information that was potentially exposed, DoIT recommends you review and monitor your credit accounts closely for any suspicious or unauthorized activity. You should take any step necessary to protect your credit accounts, which may include updating your applicable account credentials (usernames, email addresses, passwords, security questions, security answers, and PIN numbers). If you use the same combination of (i) username or email address, plus (ii) password or security question/answer for multiple accounts, be sure to change your credentials for each credit account.

0230700

B097852



J6281_L01