## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Jonathan Smith v. Progress Software Corporation a/k/a Progress*, Case No. 23-cv-11580 (D. Mass.) | MDL No. 1:23-md-03083-ADB-PGL |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jonathan Smith ("Dismissing Plaintiff") hereby voluntarily dismisses his claims in the above captioned action against Defendant, Progress Software Corporation a/k/a Progress, without prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgement as an absent class member.

DATED: June 19, 2024

                                              Respectfully Submitted,

                                              By:/s/ *Jeff Ostrow*

                                              Jeff Ostrow
                                              **KOPELOWITZ OSTROW P.A.**
                                              One West Las Olas Blvd., Suite 500
                                              Fort Lauderdale, Florida 33301
                                              Telephone: 954-525-4100
                                              ostrow@kolawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: June 19, 2024                                   By:/s/ *Jeff Ostrow*_____